IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEBORAH HANSLER,                    )
                                    )
                Plaintiff           )      Civil Action
                                    )      No. 13-cv-03924
        v.                          )
                                    )
LEHIGH VALLEY HEALTH NETWORK,       )
                                    )
                Defendant           )

**O R D E R**

NOW, this 28th day of March, 2014, upon consideration of the Motion to Dismiss Plaintiff's Second Amended Civil Action Complaint, which motion was filed September 11, 2013 (Document 18); upon consideration of the pleadings, record papers, and legal memoranda of the parties; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that the Motion to Dismiss Plaintiff's Second Amended Civil Action Complaint is granted.

IT IS FURTHER ORDERED that the Second Amended Civil Action Complaint filed by plaintiff on August 30, 2013 (Document 17) is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case closed for statistical purposes.

                        BY THE COURT:


                        /s/ JAMES KNOLL GARDNER
                        James Knoll Gardner
                        United States District Judge